# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00258-CV

**Wilford Wade Cowart, Appellant**

**v.**

**Shaleen Soni, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 03-1966-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Wilford Wade Cowart filed a notice of appeal on April 12, 2004. The clerk's record was filed with this Court on May 20, 2004. Because no reporter's record was filed, Cowart's brief was due June 21, 2004. *See* Tex. R. App. P. 38.6(a). On July 28, 2004, Cowart was notified that his brief was late and given until August 6, 2004, to respond. *See* Tex. R. App. P. 38.8(a)(1) (failure to file brief can result in dismissal for want of prosecution). The notice informed Cowart that failure to respond *would* result in dismissal of the appeal. To date, Cowart has not responded in any way to that notice. Accordingly, we dismiss the appeal for want of prosecution. *Id*.; Tex. R. App. P. 42.3(b).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed: October 7, 2004